VILLELLA *v.* EMPLOYMENT SECURITY COMMISSION

1. Unemployment Compensation—Appeal—Findings of Fact—
Scope of Review.

Test to be applied by an appellate court in reviewing findings
of fact of employment security appeal board is whether the
finding is "supported by competent, material, and substantial
evidence on the whole record" and reversal because the find-
ings are contrary to the great weight of the evidence applies
the wrong standard of review (Const 1963, art 6, § 28; CLS
1961, § 421.38).

2. Costs—Unemployment Compensation.

No costs are allowed on appeal from employment security appeal
board on review of denial of unemployment compensation, a
public question being involved.

Appeal from Wayne, Thomas J. Foley, J. Sub-
mitted Division 1 January 8, 1969, at Detroit. (Dock-
et No. 4,858.)   Decided February 26, 1969.

Guerino Villella presented his claim for unemploy-
ment compensation after being discharged from em-
ployment by defendant Detroit Steel Corporation,
a Michigan corporation.   Employment Security
Commission determined he was not eligible, and he
appealed.   Employment Security Appeal Board af-

---

References for Points in Headnotes

[1] 48 Am Jur, Social Security, Unemployment Insurance and Re-
tirement Funds §§ 46, 49.
[2] 5 Am Jur 2d, Appeal and Error § 1009.

firmed, and plaintiff appealed to Wayne Circuit Court. Appeal board decision reversed. Defendants appeal. Reversed and remanded.

*Joseph J. Lozo,* for plaintiff.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *E. J. Setlock,* Assistant Attorney General, for defendant Michigan Employment Security Commission.

*Cross, Wrock, Miller & Vieson,* for defendant Detroit Steel Corporation.

BEFORE: Lesinski, C. J., and J. H. Gillis and T. M. Burns, JJ.

Per Curiam. Guerino Villella, claimant, was denied unemployment compensation benefits because the appeal board of the Michigan employment security commission found that he was discharged for "misconduct connected with work." Claimant then appealed to the circuit court for the county of Wayne, as provided by PA 1967, No 254, MCLA § 421.38 (Stat Ann 1968 Rev § 17.540). The circuit court, on December 7, 1967, reversed the decision of the appeal board, finding that its decision was contrary to the great weight of the evidence.

An examination of Const 1963, art 6, § 28, and MCLA § 421.38, *supra,* indicates that the trial judge employed the wrong standard of review, and should have reversed the appeal board only if the board's decision was not supported by competent, material, and substantial evidence on the whole record. See *Williams* v. *Lakeland Convalescent Center, Inc.* (1966), 4 Mich App 477. An examination of the

records and briefs discloses that the decision of the appeal board was supported by competent, material and substantial evidence.

Reversed and remanded for reinstatement of the decision of the Michigan employment security commission appeal board. No costs, a public question being involved.